## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONATA HARDY, | | CASE NUMBER |
| | PLAINTIFF(S) | LA CV10-02243 JAK (RZx) |
| v. | | |
| CITY OF LOS ANGELES, et al., | | **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |
| | DEFENDANT(S). | JS-6 |

This action having been tried before the Court sitting with a jury, the Honorable John A. Kronstadt, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff takes nothing; that the action be dismissed on the merits.

Clerk, U. S. District Court

Dated: November 9, 2011                    By     Andrea Keifer
                                                             Deputy Clerk

cc:     Counsel of record